# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-01022-CV

---

**In re Ashley Haggard**

---

## ORIGINAL PROCEEDING FROM BELL COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the request for emergency, temporary relief is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Maggie Ellis Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: December 23, 2025